UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MELVINA WELLS,**
on behalf of herself and all other persons similarly situated, known and unknown,
        Plaintiff,

vs.

**MIDWEST SUPPLY and MAINTENANCE COMPANY INC., DAVID DALLAS, CHARLOTTE CALLAGHAM, and JOHN CALLAGHAM,**
a Michigan for-profit company and owners and officers of said Michigan for-profit company,
        Defendants.

Case No: 18-cv-11105
Hon. Gershwin A. Drain
Mag. Judge Stephanie D. Davis

_____/

| | |
|---|---|
| Bryan Yaldou (P70600) | Christopher M. Trebilcock (P62101) |
| Omar Badr (P70966) | Daniel A. Krawiec (P78783) |
| Law Offices of Bryan Yaldou, PLLC | Clark Hills PLC |
| 23000 Telegraph, Suite 5 | 500 Woodward Ave. Ste (3500) |
| Brownstown, MI 48134 | Detroit, MI 48226 |
| Phone: (734) 692-9200 | Phone: (313) 965-8575 |
| Fax: (734) 692-9201 | Fax: (313) 309-6979 |
| Bryan@yaldoulaw.com | ctrebilcock@clarkhill.com |
| *Attorneys for Plaintiff* | dkrawiec@clarkhill.com |
| | *Attorney for Defendants* |

_____/

## PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 68

1

Pursuant to Federal Rule of Civil Procedure Rule 68(a), Plaintiff Melvina Wells, through her undersigned counsel, hereby accepts and provides notice that she has accepted Defendants' Offer of Judgment to Plaintiff, attached hereto as Exhibit A.

Respectfully Submitted,

/s/ Bryan Yaldou
Bryan Yaldou (P70600)
Law Offices of Bryan Yaldou, PLLC
23000 Telegraph, Suite 5
Brownstown, MI 48134
Phone: (734) 692-9200
Fax: (734) 692-9201
Bryan@yaldoulaw.com
*Attorneys for Plaintiff*

June 14, 2018

## CERTIFICATE OF SERVICE

I, Bryan Yaldou, hereby certify that on June 14, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

/s/ Bryan Yaldou
Bryan Yaldou (P70600)
Law Offices of Bryan Yaldou, PLLC