## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**MELVINA WELLS,**
on behalf of herself and all other
persons similarly situated, known
and unknown

           Plaintiff,

vs.

**MIDWEST SUPPPLY AND
MAINTENANCE COMPANY
INC., and CHARLOTTE
CALLAGHAM,**
a Michigan for-profit company and
officer of said Michigan for-profit
company,

           Defendants

Case No: 2:18-cv-11105-GAD-SDD
Hon. District Judge Gershwin A. Drain
Mag. Judge Stephanie Dawkins Davis

_____/

### OFFER OF JUDGMENT

Defendants, Midwest Supply and Maintenance Company Inc. and Charlotte

Callagham ("Defendants"), pursuant to Federal Rule of Civil Procedure 68, offer to

allow entry of judgment in favor of Plaintiff, Melvina Wells, in the amount of

Four-Hundred and Eighty-Six Dollars and Zero Cents ($486.00), inclusive of all of

Plaintiff's damages, together with the costs of this action and reasonable attorney's

fees incurred by Plaintiff, as determined by the Court.

This offer is not to be construed as an admission either Defendants are liable

in this action or Plaintiff has suffered any damages.  The provisions of this offer

and/or circumstances under which it is deemed rejected are set forth in Rule 68 of

the Federal Rules of Civil Procedure.

300530490v1 1002494

219742028.1

Respectfully submitted,

CLARK HILL PLC

By:   s/Christopher M. Trebilcock
      Christopher M. Trebilcock (P62101)
      Daniel A. Krawiec (P78783)
      Clark Hill PLC
      500 Woodward Avenue, Ste 3500
      Detroit, MI  48226
      Tel: (313) 965.8575
      Fax: (313) 3096979
      ctrebilcock@clarkhill.com
      dkrawiec@clarkhill.com
      *Attorneys for Defendants*

May 17, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2018, I served this both electronically and via US Mail on the following:  Bryan Yaldou and Omar Badr, Esqs., The Law Offices of Bryan Yaldou, PLLC, 2300 Telegraph, Suite 5, Brownstown, MI 48134, and to bryan@yaldoulaw.com.

s/Christopher M. Trebilcock
Christopher M. Trebilcock (P62101)
Clark Hill PLC
500 Woodward Avenue, Ste 3500
Detroit, MI  48226
Tel: (313) 965.8575
Fax: (313) 3096979
ctrebilcock@clarkhill.com

ii

219742028.1