UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MELVINA WELLS,**
on behalf of herself and all other
persons similarly situated, known and
unknown,
        Plaintiff,

vs.

**MIDWEST SUPPLY and
MAINTENANCE COMPANY
INC.,** a Michigan for-profit company
**and CHARLOTTE
CALLAGHAM,** a natural person,
        Defendants.
_____/

Case No: 18-cv-11105
Hon. Gershwin A. Drain
Mag. Judge Stephanie D. Davis

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Based on the Parties' stipulations, the case is dismissed with prejudice.

IT IS SO ORDERED.

Dated:    October 18, 2018

        s/Gershwin A. Drain
        HON. GERSHWIN A. DRAIN
        United States District Court Judge

2

So Stipulated:

| | |
|---|---|
| Law Offices of Bryan Yaldou, PLLC | Clark Hill, PLC |
| By: /s/ Bryan Yaldou | By: /s/ Dan Krawiec, with consent |
| Bryan Yaldou (P70600)<br>*Attorney for Plaintiffs* | Christopher M. Trebilcock (P62101)<br>Daniel A. Krawiec (P78783)<br>*Attorneys for Defendants* |